Wallace T. Boyack (0404)
Boyack Ashton LC
2290 East 4500 South, Suite 130
Salt Lake City, UT  84117
Telephone: 801-278-9925
Attorneys for Defendants Whitney D. Lund and Standard Transfer & Trust Co.
_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| U. S. Securities and Exchange Commission, | : | **FIRST STATUS REPORT** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Whitney D. Lund, Sr., and | : | |
| Standard Transfer & Trust Co. | : | Civil No.2:09-cv-1050 |
| | : | Magistrate Judge Samuel Alba |
| Defendants. | : | |
| _____ | : | _____ |

   This matter was stayed pending the parties settlement negotiations and efforts and the SEC procedures.  Previously the Court was advised that any settlement of this matter must be approved and considered by the five commissioners comprising the U.S. Securities and Exchange Commission in Washington, D.C..

   Previously Mr. Lund for himself and as management of Standard Transfer provided documents and information to the staff of the SEC.  The staff requested more and current information.  Mr. Lund, Standard Transfer and Trust, and Mountain West Equities, a corporation controlled by Mr. Lund are the persons and entities whose records the SEC requested..  Mr. Lund spent considerable time and effort in assembling the records, documents, and information.

On October 29, 2011, Mr. Lund sent approximately one thousand pages of documents and records to the staff of the SEC. I received notice from FEDEX that the package from Mr. Lund was delivered to the SEC on Tuesday, November 1, 2011.

There remains one open request pertaining to disbursements and receipts that exceed one thousand dollars. The SEC requests documents pertaining to the receipt and disbursements of all matters, items, and transactions that exceed the threshold amount. Standard Transfer is an operating business and receives payment for services provided and for other reasons. Mr. Lund anticipates that he will have the detail of the $1000 transactions ready in approximately two weeks.

Counsel for defendants prepared this report and the Plaintiff has no responsibility for the representations made to the Court. Counsel will respond to any questions the Court may have. Dated this 4th day of November 2011.

                Boyack Ashton LC

                s/ Wallace T. Boyack
                Wallace T. Boyack, Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served by deposit in the U.S. Mail, postage prepaid, this <u>4th</u>   day of November 2011 addressed to the following:

Thomas Melton, Esq.
15  West South Temple
Suite 1600
Salt Lake City, Utah 84101

                                      David B. Reece, Esq.
                                      Securities and Exchange Commission
                                      Burnett Plaza, Suite 1900
                                      801 Cherry Street, Unit # 18
                                      Fort Worth, Texas 76102-6882

                                      s/ <u>Wallace T. Boyack</u>