Wallace T. Boyack (0404)
Boyack Ashton LC
2290 East 4500 South, Suite 130
Salt Lake City, UT  84117
Telephone: 801-278-9925
Attorneys for Defendants Whitney D. Lund and Standard Transfer & Trust Co.

_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| U. S. Securities and Exchange Commission, | : | **STATUS REPORT** |
| Plaintiff, | : | |
| v. | : | |
| Whitney D. Lund, Sr., and Standard Transfer & Trust Co. | : | Civil No.2:09-cv-1050 |
| | : | Magistrate Judge Samuel Alba |
| Defendants. | : | |

This is the Second Status Report to the Court.  This matter was stayed by the Court pending settlement negotiations and related efforts.  The SEC procedures require that any settlement of this matter must be approved by the U.S. Securities and Exchange Commission in Washington, D.C., which is comprised of five commissioners.

During the three month period since the First Status Report the Defendants received inquiries from the staff of the SEC regarding the financial disclosure statement and documents which the Defendants had provided.  The Defendants responded to those inquiries.

Mr. Lund required more time than he anticipated to respond to the item which requested the identification of  all transactions, receipts and disbursements, in which any of the Defendants

engaged involving the sum of $1,000 or more during the past two years.  On February 2, 2012, the list of transactions and the attendant details that were $1,000 or more was mailed to the SEC staff.  The SEC staff will need time to review and analyze the information Mr. Lund provided.  The Defendants intend to respond to any questions or inquiries the SEC staff may have.

    Counsel for the Defendants prepared this report and the Plaintiff has no responsibility for the representations made to the Court.  Counsel will respond to questions the Court may have.  Dated this 6th day of February 2012.

                                              Boyack Ashton LC

                                              s/ <u>Wallace T. Boyack</u>
                                              Wallace T. Boyack, Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served through the Court's CM/ECF system, this <u>6th</u> day of February 2012 addressed to the following:

Thomas Melton, Esq.
15 West South Temple, Suite 1600
Salt Lake City, Utah 84101

David B. Reece, Esq.
Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit # 18
Fort Worth, Texas 76102-6882


s/ <u>Wallace T. Boyack</u>