Wallace T. Boyack (0404)
Boyack Ashton LC
2290 East 4500 South, Suite 130
Salt Lake City, UT  84117
Telephone: 801-278-9925
Attorneys for Defendants Whitney D. Lund and Standard Transfer & Trust Co.
_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| U. S. Securities and Exchange Commission, | : | **STATUS REPORT** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Whitney D. Lund, Sr., and | : | |
| Standard Transfer & Trust Co. | : | Civil No.2:09-cv-1050 |
| | : | Magistrate Judge Samuel Alba |
| Defendants. | : | |
| _____ | : | _____ |

    This is the Fourth Status Report to the Court.  This matter was previously stayed by the Court pending settlement negotiations and related efforts.  The SEC procedures require that any settlement of this matter must be approved by the U.S. Securities and Exchange Commission in Washington, D.C., which is comprised of five commissioners.

    During the time period since the Status Report the Defendants has gathered information pertaining to the filing of tax returns that are outstanding.  Mr. Lund engaged a Certified Public Accountant, Duane V. Midgley, to prepare or amend tax returns for him and his related entities. These returns will be made on Form 1040, 1120 and 1120S. They involve Mr. Lund and the related entities, Standard Transfer & Trust Co., Inc., and Mtn. West Equities Corp.

Counsel for the Defendants prepared this report and the Plaintiff has no responsibility for the representations made to the Court.  Counsel will respond to questions the Court may have. Dated this 30th day of November 2012.

        Boyack Ashton LC


        s/ <u>Wallace T. Boyack</u>
        Wallace T. Boyack, Attorneys for Defendants

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was served through the Court's CM/ECF system, this <u>30th</u> day of November 2012 addressed to the following:

Thomas Melton, Esq.
15 West South Temple, Suite 1600
Salt Lake City, Utah 84101

David B. Reece, Esq.
Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit # 18
Fort Worth, Texas 76102-6882


s/ <u>Wallace T. Boyack</u>