IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>v.<br><br>WHITNEY D. LUND, SR., AND STANDARD TRANSFER & TRUST CO.<br><br>    Defendants. | ORDER<br><br>Case No. 2:09-cv-01050-DBP<br><br>Magistrate Judge Dustin B. Pead |

    On November 30, 2012, Defendants filed a status report regarding settlement negotiations with Plaintiff. (Docket No. 34.) Defendants stated they "gathered information pertaining to the filing of tax returns that are outstanding," and that they engaged a certified public accountant "to prepare or amend" the tax returns. (*Id.*)

    To resolve this case efficiently, the Court ORDERS Defendants to submit a status report that includes their best estimate as to when the aforementioned tax returns will be completed, and when the settlement negotiations based on those tax returns will conclude. Defendants must submit this status report no later than **December 10, 2012**.

    Dated this 3rd day of December, 2012

 

Dustin B. Pead
United States Magistrate Judge