Wallace T. Boyack (0404)
Boyack Ashton LC
2290 East 4500 South, Suite 130
Salt Lake City, UT  84117
Telephone: 801-278-9925
Attorneys for Defendants Whitney D. Lund and Standard Transfer & Trust Co.
_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| U. S. Securities and Exchange Commission, | : | **STATUS REPORT** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Whitney D. Lund, Sr., and | : | |
| Standard Transfer & Trust Co. | : | Civil No.2:09-cv-1050 |
| | : | Magistrate Judge Dustin B. Pead |
| Defendants. | : | |
| _____ | : | _____ |

     This is the Sixth Status Report to the Court.

     Mr. Lund did not receive any funds to pay the advance required by his accountant, Duane V. Midgley, who is preparing the tax returns  The accountant has indicated that the outstanding returns now due can be prepared for $10,000.  He will commence working when he receives a $5,000 payment.  Mr. Midgley has indicated to Mr. Lund that because the returns date to 2003 he must rent the software that is necessary for him to prepare the earlier returns for Mr. Lund and his related entities.

     Mr. Lund is owed funds from a third party.  He is hopeful that the funds will be tendered to him in the next thirty days.